UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESUS PALAFOX-LUGO,<br><br>　　　　　　　Petitioner,<br>v.<br><br>JOSEPH LOMBARDO,<br><br>　　　　　　　Respondent. | Case No. 2:18-cv-01294-GMN-VCF<br><br>ORDER |

This a proceeding under 28 U.S.C. § 2241 in which petitioner, Jesus Palafox-Lugo, seeks federal habeas relief in relation to his custody at the Clark County Detention Center. Petitioner has filed a response (ECF No. 4) to this court's order to show cause (ECF No. 3).

Having reviewed the response, this court reserves judgment as to whether its intervention in this matter contravenes the abstention doctrine in *Younger v. Harris*, 401 U.S. 37 (1971). The court is also concerned that petitioner has yet to exhaust available state court remedies with respect his continuing custody. *See, e.g., Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 489-92 (1973) (holding that pretrial detainee in state custody must exhaust available state court remedies for federal court to consider detainee's constitutional claim); *Arevalo v. Hennessy,* 882 F.3d 763, 767 (9th Cir. 2018)

(noting that petitioner seeking federal habeas relief with respect to pretrial state detention had "properly exhausted his state remedies as to his bail hearing").

That being said, this court concludes that petitioner's response to the order to show cause is sufficient to warrant a response from the respondent. Thus, respondent will be directed to show cause why the writ should not be granted. *See* 28 U.S.C. § 2243.

IT IS THEREFORE ORDERED that the Clerk of the Court shall serve a copy of the habeas petition (ECF No. 1) and this order upon the respondent by having the United States Marshal promptly serve both documents on Joseph Lombardo, Sheriff, Las Vegas Metropolitan Police Department, pursuant to Rule 4(j)(2) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that respondent shall file and serve an answer or other response to the petition (ECF No. 1) within twenty (20) days of the date that this order is entered, unless for good cause additional time is allowed.

DATED THIS 10 day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE